UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALEIDA HEALTH,

                        Movant,

   v.

ANNE GRAND'MAISON, M.D.,

                        Respondent/
                        Originating Plaintiff.

ROSWELL PARK COMPREHENSIVE CANCER CENTER; CANDACE JOHNSON, Ph.D., in her individual and professional capacities; RENIER BRENTJENS, M.D., Ph.D., in his individual and professional capacities; CARL MORRISON, M.D., DVM, in his individual and professional capacities; JOHN KANE III, M.D., in his individual and professional capacities; and ERROL DOUGLAS, Ph.D., in his individual and professional capacities,

                        Originating
                        Defendants.

Originating Case No.
1:23-cv-00099
(W.D.N.Y.)

Civil Case No.
1:23-mc-00243-PGG

**JOINT STIPULATION EXTENDING RESPONDENT'S TIME TO RESPOND TO
KALEIDA HEALTH'S MOTION TO QUASH NON-PARTY SUBPOENA**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the time for Respondent Anne Grand'Maison to oppose or otherwise respond with respect to a motion to quash a non-party subpoena brought by Kaleida Health is hereby extended from November 3, 2023, to December 8, 2023. Movant's time to reply is hereby extended to December 22, 2023. This is the third request for an extension of time made by the parties. The reason for the requested extension is that lead

counsel for Plaintiff will be on medical leave for a surgery and recovery period starting on October 30, 2023 and that the parties are continuing to cooperate to potentially narrow and/or resolve aspects of the motion.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Respondent to serve answer to motion to quash | November 3, 2023 | December 8, 2023 |
| Movant to serve reply regarding motion to quash | November 17, 2023 | December 22, 2023 |

Dated: October 30, 2023
New York, New York

**WIGDOR LLP**

By: _____
David E. Gottlieb

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@wigdorlaw.com

*Counsel for Respondent
Anne Grand'Maison, M.D.*

**HODGSON RUSS LLP**

By: /s/ James J. Zawodzinski, Jr.
James J. Zawodzinski, Jr.
Julia M. Hilliker

140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000

jzawodzi@hodgsonruss.com

*Counsel for Movant
Kaleida Health*

**SO ORDERED**

_____
Honorable Paul G. Gardephe
United States District Court Judge
Date: November 3, 2023